## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Erika Cristal Mattan Rodriguez** DOB: 2000; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-5809MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(2)(B)(ii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 5, 2021, in the District of Arizona, **Erika Cristal Mattan Rodriguez**, did knowing or in reckless disregard of the fact that certain alien, a four year old female child, had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said alien, in any manner whatsoever, regardless of any official action which may later be taken with respect to such alien; in violation of **Title 8, United States Code, Section § 1324(a)(2)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about May 5, 2021, in the District of Arizona, United States Border Patrol Agents (BPA)

On May 5, 2021 at approximately 7:47 p.m. in the District of Arizona, **Erika Cristal Mattan Rodriguez** presented herself for examination via the pedestrian primary lanes, at the Mariposa Port of Entry in Nogales, AZ. **Mattan** was carrying a four-year-old female child and claimed the child was her cousin's child. **Mattan** presented her own U.S. passport to the United States Customs and Border Protection Officer (CBPO). **Mattan** also presented a U.S. Birth Certificate for the child. The CBPO then recognized the female child from an event that occurred the week prior, where someone else attempted to smuggle the same child. The CBPO further questioned **Mattan**, who stated the accompanying child was born in Nogales, Arizona and provided the name of the child's mother as "Nancy Lopez," information which corresponded with the information on the birth certificate presented. The CBPO asked the child her name and the CBPO heard **Mattan** instruct the child to provide the name "Chloe," and later to say she was her "prima." The child immediately repeated to the CBPO what she was instructed to say. The CBPO referred **Mattan** and the child to secondary to further investigate.

The CBPO in secondary inspection also recognized the child from the previous event when someone else attempted to smuggle the same child. **Mattan** again claimed she was taking the child to her cousin, the child's mother, to a gas station in the U.S. The CBPO separated the child from **Mattan** and the child then said to the CBPO that she did not know **Mattan** and that she wanted to return to her mother in Mexico. Both subjects were subsequently escorted to the Passport Control Unit (PCU) for further processing.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri/ACA<br>Sworn by telephone _x_ | SIGNATURE OF COMPLAINANT<br>*/s/ David Soria/*<br>OFFICIAL TITLE<br>CBPO David Soria |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] *Lynnette C. Kimmins* | DATE<br>May 6, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54